# EXHIBIT A

# Affidavit of Process Server

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| JASON WILLIAMS | VS | PLANET FITNESS, INC., ET AL. | 2020-CH-04099 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I GRANVILLE MORRIS _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 05/07/2020

**Service: I served** PLANET FITNESS, INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT WITH JURY DEMAND

| by leaving with JOLITA QUINDARA | MANAGING AGENT | At |
|---|---|---|
| NAME | RELATIONSHIP | |

☐ Residence _____
ADDRESS        CITY / STATE

☒ Business C/O COGENCY GLOBAL INC., 850 NEW BURTON ROAD, DOVER, DE 19904
ADDRESS        CITY / STATE

| On | 05/07/2020 | AT | 3:00 PM |
|---|---|---|---|
| | DATE | | TIME |

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY      STATE      ZIP

**Manner of Service:**
☒ CORPORATE

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☐ Other

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE    TIME     DATE    TIME

(3)_____ (4)_____ (5)_____
DATE    TIME     DATE    TIME     DATE    TIME

AGE 35    Sex FEMALE Race WHITE Height 5'5    Weight 160    HAIR BLONDE

SIGNATURE OF PROCESS SERVER

GRANVILLE MORRIS

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 7TH day of MAY ,2020.

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| JASON WILLIAMS | VS | PLANET FITNESS, INC., ET AL. | 2020-CH-04099 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I KEVIN S. DUNN _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.  RECEIVED 05/08/2020

**Service:** I served PLANTF HOLDINGS, LLC _____
<br>NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT WITH JURY DEMAND

by leaving with LYNANNE GARES _____ MANAGING AGENT _____ At
<br>NAME _____ RELATIONSHIP

☐ Residence _____
<br>ADDRESS _____ CITY / STATE

☒ Business  C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
<br>ADDRESS _____ CITY / STATE

On _____ 05/08/2020 _____ AT _____ 1:45 PM _____
<br>DATE _____ TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
<br>DATE

from _____
<br>CITY _____ STATE _____ ZIP

**Manner of Service:**

☒ CORPORATE

☐ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ **Unknown at Address**   ☐ **Moved, Left no Forwarding**   ☐ **Service Canceled by Litigant** ☐ **Unable to Serve in Timely Fashion**
<br>☐ **Address Does Not Exist** ☐ **Other** _____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
<br>DATE ____ TIME ____ DATE ____ TIME

(3)_____ (4)_____ (5)_____
<br>DATE ____ TIME ____ DATE ____ TIME ____ DATE ____ TIME

Age 45   Sex FEMALE  Race WHITE Height 5'5   Weight 180   HAIR BROWN

_____
<br>SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 8TH ____ day of MAY _____ ,2020.

_____
<br>SIGNATURE OF NOTARY PUBLIC

| DENORRIS ANGELO BRITT<br>NOTARY PUBLIC<br>STATE OF DELAWARE<br>My Commission Expires May 1, 2022 | NOTARY PUBLIC for the state of DELAWARE |
|---|---|

# STATE OF ILLINOIS

# COOK COUNTY CIRCUIT COURT

## CASE# 2020 CH 04099

I, LARRY BIELA

FIRST BEING DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE, AND NOT PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATIONS AS A PRIVATE DETECTIVE, LARRY BIELA LICENSE 115-001755, P O BOX 46335, CHICAGO, IL. 60646, PHONE 312 243 4030

## **CORPORATE SERVCE**

THAT I SERVED THE WITHIN:     SUMMONS & COMPLAINT

ON THE NAMED DEFENDANT:     PF LOGAN SQUARE, LLC

PERSON SERVED:     DEBBIE DIAZ     OFFICE MANAGER

THAT THE SEX, RACE, AND APPROXIMATE AGE OF THE PERSON I LEFT THE SUMMONS & COMPLAINT; ARE AS FOLLOWS:

SEX/\FEMALE     RACE/WHITE     AGE/35     HEIGHT/5'4          BUILD/MED          HAIR/BLONDE

DATE OF SERVICE:     5/8/2020     TIME OF SERVICE:     12;20  PM

LOCATION:     6400 SHAFER CT, SUITE 250
ROSEMONT IL 60018

LARRY BIELA     5/8/2020
SPECIAL PROCESS SERVER
ILLINOIS LICENSE 115-001755

UNDER PENALTIES OF PERJURY AS PROVIDED BY LAW PURSUANT TO SECTION 1-109 OF THE CODE OF CIVIL PROCEDURE THE UNDERSIGNED CERTIFIES THAT THE STATEMENTARE TRUE AND CORRECT, EXCEPT AS TO MATTERS THEREIN STATED TO BE ON INFORMATION AND BELIEF AND SUCH MATTERS THE UNDERSIGNED CERTIFIES AS AFORESAID THAT HE BELEIVES SAME TO BE TRUE.

Return Date: No return date scheduled
Hearing Date: 9/3/2020 9:30 AM - 9:30 AM
Courtroom Number: 2305
Location: District 1 Court
       Cook County, IL

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

**CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

FILED
5/6/2020 2:17 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020CH04099

9202192

|  |  |  |
|---|---|---|
| JASON WILLIAMS, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) ) | 2020CH04099 |
| PLANET FITNESS, INC., a Delaware corporation, PLA-FIT FRANCHISE, LLC, a New Hampshire limited liability company, PF LOGAN SQUARE LLC, an Illinois limited liability company, and PLNTF HOLDINGS, LLC, a Delaware limited liability company, | ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| *Defendants*. | ) ) ) | |

## CLASS ACTION COMPLAINT

Plaintiff, Jason Williams, brings this Class Action Complaint against Defendants, Planet Fitness, Inc., Pla-Fit Franchise, LLC, PF Logan Square, LLC, and PLNTF Holdings, LLC (collectively, "Defendants"), to stop Defendants from charging their customers fees for gym memberships despite closing all of their gyms nationwide in response to the COVID-19 public health crisis. On his own behalf and on behalf of similarly situated individuals, Plaintiff seeks relief for all persons who have been unlawfully charged fees by Defendants. Plaintiff alleges as follows based on personal knowledge as to himself and his own acts and experiences, and as to all other matters, on information and belief, including an investigation by his attorneys.

### NATURE OF THE ACTION

1.      Although life has come to complete standstill for many Americans due to the novel COVID-19 public health crisis, Defendants have unfairly billed their many customers for monthly

1

FILED DATE: 5/6/2020 2:17 PM    2020CH04099

gym membership fees, even though they have closed all of their gyms and fitness centers nationwide.

2.      Defendant Planet Fitness, Inc. is a franchisor and operator of nearly 2,000 fitness centers across the United States, with over 10 million members, making it one of the largest fitness club franchises in the country. Its memberships are offered either on a month-to-month basis, where customers pay a fixed fee every month along with an annual membership fee, or a pre-paid amount for a full year.

3.      As part of the sign-up process for Defendants' memberships, customers provide Defendants with payment information, such as a credit card or debit card number. Defendants then automatically charge their customers as membership payments become due.

4.      On March 17, 2020, Defendants charged Plaintiff and many of their other members a monthly membership fee for the billing period of March 17th through April 17th.

5.      One day later, on March 18, 2020, Defendant Planet Fitness, Inc. announced that it was closing all of its corporate stores through March 31st, urging its franchisees to close as well.[1]

6.      On March 30, 2020, Defendant Planet Fitness, Inc. extended the closure of its facilities and indefinitely suspended the operations of both franchise and corporate locations.[2]

7.      Despite knowing about their forthcoming gym closures and cessation of operations, Defendants charged their many members their monthly membership fees, and Defendants have not refunded their members such fees even while access to Defendants' facilities is still restricted nationwide.

---

[1] https://www.bloomberg.com/press-releases/2020-03-18/planet-fitness-provides-update-on-covid-19 <last accessed on 4/29/2020>
[2] https://www.bloomberg.com/press-releases/2020-03-30/planet-fitness-provides-business-update-in-response-to-covid-19 <last accessed on 4/29/2020>

FILED DATE: 5/6/2020 2:17 PM    2020CH04099

8.      At a time when many consumers are struggling financially and when the economy is heading toward a deep recession, Defendants' unlawful practices have unnecessarily and unfairly worsened the financial burden that many are experiencing, and caused actual, concrete harm to many individuals throughout the country. Moreover, Plaintiff and others who have not received refunds have lost the benefit of their bargain and/or suffered out-of-pocket losses due to their inability to access the fitness centers they paid to access.

9.      In order to redress these injuries, Plaintiff brings this suit on his own behalf and on behalf of a nationwide class of similarly situated individuals, asserting claims against Defendants under the Illinois Physical Fitness Services Act, 815 ILCS 645/1 *et seq.* (the "PFSA"), Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2 *et seq.* (the "ICFA"), breach of contract, unjust enrichment, and conversion, and seeking an award of actual and treble damages; injunctive relief prohibiting Defendants from continuing to unfairly charge fees while their gyms are closed; equitable relief, including the disgorgement of any profits that Defendants derived from their misconduct; an award of reasonable attorneys' fees and costs; and declaratory relief.

## PARTIES

10.     Plaintiff Jason Williams is a natural person and a resident of Illinois.

11.     Defendant Planet Fitness, Inc. is a Delaware corporation with its principal place of business in Newington, New Hampshire.

12.     Defendant Pla-Fit Franchise, LLC is a New Hampshire limited liability company with its principal place of business in Newington, New Hampshire.

13.     PF Logan Square LLC is an Illinois limited liability company with its principal place of business in Rosemont, Illinois.

3

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

14.     Defendant PLNTF Holdings, LLC is a Delaware limited liability company with its principal place of business in Rosemont, Illinois.

## JURISDICTION AND VENUE

15.     This Court may assert personal jurisdiction over Defendants pursuant to 735 ILCS 5/2-209 in accordance with the Illinois Constitution and the Constitution of the United States, because Plaintiff's claims arise out of Defendants' unlawful in-state actions. Further, Defendants are doing business within this state such that they have sufficient minimum contacts with Illinois and/or have purposely availed themselves of Illinois markets to make it reasonable under the Illinois Constitution and U.S. Constitution for this Court to exercise jurisdiction over Defendants.

16.      Venue is proper in Cook County pursuant to 735 ILCS 5/2-101, because Defendants are doing business in Cook County and thus reside there under § 2-102, and because a substantial part of the events giving rise to Plaintiff's claims occurred in Cook County.

## COMMON FACTUAL ALLEGATIONS

17.     Defendants pride themselves on providing extensive access to their fitness facilities. Their gyms are generally open 24 hours per day during the week and 12 hours per day on weekends.

18.     To become a Planet Fitness member, customers either pay a pre-paid fee for the full year or a monthly membership fee along with an annual fee. Defendants' monthly memberships are offered at $10.00 per month for the classic membership and $22.99 per month for the "PF Black Card" membership, each with a $39.00 annual fee.

19.     As part of the sign-up process for Defendants' memberships, customers must provide Defendants with their credit and/or debit card information. Defendants automatically charge fees to the provided method of payment on or around the 17th each month.

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

20.     On March 17th, Defendants charged many members their monthly membership fee for the billing period of March 17th through April 17th.

21.     One day later, on March 18th, Defendant Planet Fitness, Inc. announced that it was closing all of its corporate stores through March 31st in response to the novel coronavirus, and it urged its franchisees to close as well.

22.     On March 30th, 2020, Defendant Planet Fitness, Inc. extended its closure and indefinitely suspended the operations of both franchise and corporate locations.

23.     Despite their cessation of operations, Defendants have not refunded members' monthly membership fees for periods when their fitness centers are closed. Instead, Defendants have merely offered to provide a credit to members' next bill or an extension to their existing membership, if and when Defendants' facilities reopen at some indefinite point in the future.

24.     Specifically, Defendants' updated policy in their "COVID-19 FAQ" is that they will not refund their members the pro-rated cost of any unused services, but instead "will make an adjustment on your next billing cycle when we reopen," and "if you have a prepaid membership, the expiration date of your membership will be adjusted by the number of closed days. For example, if we are closed 30 days and your membership was set to end on or about November 30, that membership will be extended to on or about December 30."[3]

25.     Defendants' COVID-19 FAQ also deceptively states that members "will not be charged any fees during this time [of closure]," even though many members have already been charged or prepaid for periods when Defendants' facilities are closed.

26.     Although Defendants knew and anticipated that they would need to close all facilities nationwide due to the COVID-19 pandemic, Defendants nonetheless collected their

---

[3] https://www.planetfitness.com/coronavirus-faq <last accessed on 4/29/2020>

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

members' monthly membership fees for billing periods when their facilities were closed and failed to refund their members the pro-rated cost for the period of unused services.

27.     Defendants have engaged in unfair and deceptive conduct by failing to honor the original agreement with their customers (membership fees in exchange for Defendants' services and access to gyms) and unilaterally altering all of their members' contracts while refusing to refund the pro-rated cost of any unused services after Defendants ceased operations nationwide.

28.     This alteration of the original agreement not only makes the original bargain illusory, it also burdens consumers by depriving them of needed money during a national pandemic that has already resulted in severe economic and social hardships for many Americans.

29.     Plaintiff and other customers would not have purchased their gym memberships with Planet Fitness, or would have paid materially less for their memberships, had they known that Defendants would not abide by their end of the bargain.

30.     Further, Plaintiff and the other members of the Class would not have paid their monthly membership fees or paid in full for the year had they known that Defendants would cease operations while failing to refund membership fees upon the indefinite closure of their facilities. Defendants' customers pay Defendants membership fees in exchange for access and use of their fitness facilities. Absent the ability to access Defendants' facilities, consumers would be unwilling to pay Defendants anything whatsoever for membership.

31.     As a result, Plaintiff and other members of the Class have suffered damages and concrete harm through payment of membership fees for access to facilities that they cannot now access.

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

## FACTS SPECIFIC TO PLAINTIFF

32.     Since 2018, Plaintiff has been a member of the Planet Fitness facility located at 2719 N. California Ave., Chicago, IL 60647, and has been a member of this gym at all times relevant to this action.

33.     Plaintiff was offered a month-to-moth gym membership for $10.00 per month, with an annual membership fee of $39.00, which would be automatically billed to the credit card or debit card that he provided when he enrolled at Defendants' gym. (A true and accurate copy of Plaintiff's Membership Agreement with Defendants is attached hereto as Exhibit A).

34.     On March 17th, 2020, Plaintiff was billed his monthly membership fee in exchange for access to the Planet Fitness gym facility above.

35.     One day later, on March 18th, 2020, Defendants announced their cessation of operations and the closure of their facilities, barring Plaintiff from entry to Defendants' gym.

36.     Despite the closure of Defendants' facilities, Defendants have not provided a pro-rated refund for unused services; rather, Defendants have offered to provide their members with a future credit for the next billing cycle or an extension to their existing membership term, if and when Defendants choose to reopen.

37.     Defendants' promises and representations that they would provide their customers with access to gym facilities were material to Plaintiff in signing up for Defendants' month-to-moth gym membership.

38.     Defendants' representation in their COVID-19 FAQ that members "will not be charged any fees during this time [of closure]," is false, deceptive, and misleading as to Plaintiff and others like him, because Plaintiff and others have already been charged for the billing period of 3/17 – 4/17 while Defendants' facilities are closed

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

39.     Had Plaintiff known he would not be provided gym services and gym access as promised, he would not have paid for his membership, or would have paid materially less for it. Further, Plaintiff did not receive the benefit of his bargain with Defendants as a result of the closure of Defendants' facilities. Specifically, Plaintiff would not have been willing to pay his monthly membership fees for the 3/17 – 4/17 billing period had he known that Defendants would cease operations just one day later.

### CLASS ACTION ALLEGATIONS

40.     Pursuant to 735 ILCS 5/2-801, Plaintiff brings this action on behalf of a nationwide class with one subclasses defined as follows:

(i)     The Nationwide Class: All individuals in the United States who, within the applicable limitations period, were charged membership fees by Defendants for a period in which Defendants' facilities were closed due to COVID-19.

(ii)    The Illinois Subclass: All individuals in the State of Illinois who, within the applicable limitations period, were charged membership fees by Defendants for a period in which Defendants' facilities were closed due to COVID-19.

41.     Expressly excluded from the Class and Subclass are any members of the judiciary assigned to preside over this matter; any officer, director, or employee of Defendants; and any immediate family members of such officers, directors, or employees.

42.     There are thousands of members of the Class and Subclass such that joinder of all members is impracticable. Although the exact number of members of the Class and Subclass is presently unavailable to Plaintiff, the members of the Class and Subclass can be easily identified through Defendants' membership records.

43.     Plaintiff will fairly and adequately represent and protect the interests of the other members of the Class and Subclass. Plaintiff has retained counsel with substantial experience in prosecuting complex litigation and class actions. Plaintiff and his counsel are committed to

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

vigorously prosecuting this action on behalf of the other members of the Class and Subclass, and have the financial resources to do so. Neither Plaintiff nor his counsel has any interest adverse to those of the other members of the Class or Subclass.

44.     Plaintiff's claims are typical of the claims of the other members of the Class and Subclass, in that the factual and legal bases of Defendants' liability to Plaintiff and to the other members of the Class and Subclass are the same.  Plaintiff and the other members of the Class and Subclass have all suffered similar harms and damages as a result of Defendants' unlawful and wrongful failure to issue refunds of membership fees.

45.     There are many questions of law and fact common to the claims of Plaintiff and the other members of the Class and Subclass, and those questions predominate over any questions that may affect individual members of the Class and Subclass. Common questions for the Class and Subclass include, but are not limited to:

a)   Whether Defendants entered into valid contracts with Plaintiff and the other members of the Class and Subclass to provide access to Defendants' gyms and fitness centers in exchange for membership fees;

b)   Whether Defendants charged Plaintiff and other members of the Class and Subclass membership fees for access to gyms and fitness centers during a time period when such facilities were closed due to COVID-19;

c)   Whether Defendants have unjustly retained and been enriched through such payments from Plaintiff and the other members of the Class and Subclass;

d)   Whether Defendants engaged in deceptive conduct with respect to Plaintiff and the members of the Class and Subclass by unilaterally altering their contracts;

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

e)  Whether Defendants' conduct constitutes deceptive or unfair practices in violation of violated ICFA;

f)  Whether Defendants' conduct constitutes deceptive or unfair acts in violation of violated PFSA;

g)  Whether Defendants' conduct breached their contracts with Plaintiff and the other members of the Class and Subclass; and

h)  Whether Defendants should be enjoined from engaging in such conduct in the future.

46.  Defendants have acted and/or failed to act on grounds generally applicable to the Plaintiff and the other members of the Class and Subclass, requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and Subclass, and making injunctive or corresponding declaratory relief appropriate for the Class and Subclass as a whole.

47.  Absent a class action, most members of the Class and Subclass would find the cost of litigating their claims to be prohibitive and would have no effective remedy. Unless the Class and Subclass are certified, Defendants will retain the monies they received from the members of the Class and Subclass as a result of their unfair and deceptive conduct.

48.  The class treatment of common questions of law and fact is superior to multiple individual actions or piecemeal litigation in that it conserves the resources of the courts and the litigants, and promotes consistency and efficiency of adjudication.

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

**COUNT I**

**Deceptive Acts or Practices in Violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2 *et seq.* (on behalf of Plaintiff and the other Illinois Subclass members, in the alternative to Count IV)**

49.     Plaintiff incorporates by reference all of the foregoing allegations as though fully set forth herein.

50.     Section 2 of the ICFA provides in relevant part that:

Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deception, fraud, false pretense, false promise, misrepresentation or the concealment, suppression or omission of any material fact, with intent that others rely upon the concealment, suppression or omission of such material fact . . . in the conduct of any trade or commerce are hereby declared unlawful whether any person has in fact been misled, deceived or damaged thereby.

815 ILCS 505/2.

51.     Plaintiff and the other members of the Subclass are "consumers" within the meaning of Section 1(e) of the ICFA, because Defendants' business activities involve trade or commerce, are addressed to the market generally, and implicate consumer protection concerns.

52.     Defendants' conduct as described herein is a deceptive practice in violation of Sections 2 of the ICFA. Defendants used or employed deception and misrepresentation in the conduct of trade or commerce by representing that customers would have access to their gyms and fitness centers for a period of time upon paying a membership fee, when Defendants in fact subsequently closed all of their gyms one day after collecting many members' monthly membership fees.

53.     Further, Defendants engaged in deceptive conduct when they unilaterally altered all of their members' contracts through their polices in response to COVID-19 while refusing to refund the pro-rated cost of any unused services after ceasing operations nationwide.

FILED DATE: 5/6/2020 2:17 PM    2020CH04099

54.     Defendants' COVID-19 FAQ falsely, deceptively, and misleadingly states that members "will not be charged any fees during this time [of closure]," *see supra* note 3, even though many members have already been charged or prepaid for periods when Defendants' facilities are closed.

55.     Plaintiff and the other members of the Subclass relied on Defendants to truthfully and accurately collect membership fees only when actually owed, and Defendants intended that Plaintiff and the other members of the Subclass would rely on their representations.

56.     Had Plaintiff and the other members of the Subclass known that Defendants' gym memberships would not have the characteristics, benefits, or qualities as promised and that Defendants would charge their customers' credit and/or debit cards for non-rendered services, they would not have purchased or paid for the memberships that they did, would have paid materially less, or would not have purchased or paid for the memberships that they did on the same terms.

57.     Plaintiff and the other members of the Subclass actually relied upon and were deceived by Defendants' misrepresentations, and as a direct and proximate result of Defendants' misconduct, Plaintiff and the other members of the Subclass have suffered actual damages. These damages are concrete and ascertainable and were proximately caused by Defendants' violations of the ICFA.

58.     Plaintiff brings claims under this count on his own behalf and on behalf of the other members of the Subclass pursuant to Section 10a of the ICFA, which permits Plaintiff to bring a private cause of action for the above violations and entitles Plaintiff and the other members of the Subclass to actual damages, injunctive relief, as well as costs and reasonable attorney's fees.

WHEREFORE, Plaintiff, on behalf of himself and the Subclass, prays for the following relief:

FILED DATE: 5/6/2020 2:17 PM    2020CH04099

A.    An order certifying the Subclass as defined above, appointing Plaintiff as class representative, and appointing Plaintiff's counsel as class counsel;

B.    An award of actual or compensatory damages in an amount to be determined at trial;

C.    Injunctive relief prohibiting Defendants' unfair and deceptive practices as described herein;

D.    An award of reasonable attorney's fees and costs; and

E.    Such further and other relief the Court deems reasonable and just.

**COUNT II**
**Unfair Acts or Practices in Violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2 *et seq.* (on behalf of Plaintiff and the other Illinois Subclass members, in the alternative to Count IV)**

59.    Plaintiff incorporates by reference all of the foregoing allegations as though fully set forth herein.

60.    In addition to being deceptive, Defendants' conduct also constitutes an "unfair practice" under Section 2 of the ICFA.

61.    By charging consumers for services that were unavailable and unobtainable—and then failing to provide refunds for services not rendered—Defendants' actions unfairly imposed additional, unlawful costs on Plaintiff and the other members of the Subclass.

62.    Specifically, although Defendants knew and anticipated that they would need to close all facilities nationwide in response to the COVID-19 pandemic, Defendants nonetheless collected their members' monthly membership fees for billing periods when their facilities were closed and failed to refund their members the pro-rated cost for the period of unused services.

63.    By imposing unlawful costs on Plaintiff and the other members of the Subclass, Defendants' conduct is immoral, oppressive, unethical, and unscrupulous, and has caused substantial injury to consumers.

13

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

64. As a direct and proximate result of Defendants' misconduct, Plaintiff and the other members of the Subclass have suffered concrete harm and actual damages as described above.

65. Plaintiff brings claims under this count on his own behalf and on behalf of the other members of the Subclass pursuant to Section 10a of the ICFA, which permits Plaintiff to bring a private cause of action for the above violations and entitles Plaintiff and the other members of the Subclass to actual damages, injunctive relief, as well as costs and reasonable attorney's fees.

WHEREFORE, Plaintiff, on behalf of himself and the Subclass, prays for the following relief:

    A.    An order certifying the Subclass as defined above, appointing Plaintiff as class representative, and appointing Plaintiff's counsel as class counsel;

    B.    An award of actual or compensatory damages in an amount to be determined at trial;

    C.    Injunctive relief prohibiting Defendant's unfair and deceptive practices as described herein;

    D.    An award of reasonable attorney's fees and costs; and

    E.    Such further and other relief the Court deems reasonable and just.

### COUNT III
**Violation of the Illinois Physical Fitness Services Act, 815 ILCS 645/1 *et seq.***
**(on behalf of Plaintiff and other Illinois Subclass members)**

66. Plaintiff incorporates by reference all of the foregoing allegations as though fully set forth herein.

67. Defendants' contracts with the Illinois Subclass members are subject to the Physical Fitness Services Act, 815 ILCS 645/1 *et seq.* Defendants' clubs are "physical fitness centers," as

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

defined in Section 2(a) of the PFSA, and their memberships and services are "physical fitness services" as defined in Section 2(b).

68.     Section 4 of the PFSA provides, in relevant part, that "[e]very contract for physical fitness services shall be in writing" and that "all provisions, requirements and prohibitions which are mandated by this Act shall be contained in the written contract before it is signed by the customer. . . . ."

69.     Section 9(c) of the PFSA provides in relevant part that "any contract for physical fitness services which does not comply with the applicable provisions of this Act shall be void and unenforceable."

70.     Defendants' conduct as to the Illinois Subclass members does not comply with the PFSA in at least the following ways:

- Defendants' contracts purport to require members to arbitrate complaints or disputes with Defendants, (Exh. A ¶ 3(j)), when the PFSA guarantees a private cause of action, 815 ILCS 645/11;

- Defendants' contracts purport to limit any recovery of damages against Defendants to actual or compensatory damages, (*id.* ¶ 10), when the PFSA allows individuals to recover treble damages, 815 ILCS 645/11;

- Defendants unilaterally altered their contractual obligations without a new written contract or written amendment, indefinitely closed all of their facilities, and adopted a policy under which they will provide a future credit or extension to existing memberships at some indefinite point in the future when they reopen, without members' assent and without the execution of a new contract, 815 ILCS 645/4; and

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

- Defendants unlawfully engaged in unfair and deceptive acts or practices as described above, 815 ILCS 645/10(a).

71.     As a direct and proximate result of Defendants' misconduct, Plaintiff and the members of the Subclass have concrete harm, including actual monetary damages.

72.     Plaintiff brings claims under this count on his own behalf and on behalf of the other members of the Illinois Subclass pursuant to Section 11 of the PFSA, which provides that "[a]ny customer injured by a violation of this Act may bring an action for the recovery of damages. Judgment may be entered for 3 times the amount at which the actual damages are assessed, plus costs and reasonable attorneys' fees." 815 ILCS 645/11.

WHEREFORE, Plaintiff, on behalf of himself and the Subclass, prays for the following relief:

A.     An order certifying the Subclass as defined above, appointing Plaintiff as class representative, and appointing Plaintiff's counsel as class counsel;

B.     An award of actual or compensatory damages in an amount to be determined at trial;

C.     An award of damages equal to 3 times the amount at which the actual damages are assessed;

D.     Injunctive relief prohibiting Defendants' unfair and deceptive practices as described herein;

E.     An award of reasonable attorney's fees and costs; and

F.     Such further and other relief the Court deems reasonable and just.

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

**COUNT IV**
**Common Law Breach of Contract**
**(on behalf of Plaintiff and the other Class members,**
**in the alternative to Counts I, II, and VII)**

73.     Plaintiff incorporates by reference all of the allegations in paragraphs 1 – 48 as though fully set forth herein.

74.     Plaintiff and the other members of the Class and Subclass entered into valid contracts with Defendants when they enrolled in their respective memberships.

75.     The contracts between Plaintiff and the other members of the Class and Subclass and Defendants are supported by bargained-for consideration and are entered into between Plaintiff and the other members of the Class and Subclass and Defendants following offer and acceptance of the definite and certain terms in the membership agreements. (Exh. A).

76.     Under Defendants' agreements with Plaintiff and the other members of the Class and Subclass, Defendants promised Plaintiff and the other members of the Class and Subclass that they would be able to access Defendants' gyms and fitness facilities during times when they were open, and that Plaintiff and the other members of the Class and Subclass would only be charged for services rendered. (*Id.*).

77.     Plaintiff and the other members of the Class and Subclass complied with all of the terms of their contracts with Defendants and satisfied all conditions and duties for the transactions at issue.

78.     Defendants nonetheless breached their contracts with Plaintiff and the other members of the Class and Subclass by continuing to charge their credit and debit cards while their gyms remain closed and implementing a Covid-19 FAQ policy that provides their members with a credit in the next billing cycle, if and when Defendants choose to open, or, for those that have pre-paid for the service, an extension by the number of days the facilities were closed for, in

17

violation of Defendants' original bargain with Plaintiff and the other members of the Class and Subclass. *See supra* note 3.

79.     As a direct and proximate result of Defendants' breaches of their agreements with Plaintiff and the other members of the Class and Subclass, Plaintiff and the other members of the Class and Subclass have suffered actual, concrete harm and are entitled to recover compensatory and consequential damages in an amount to be determined at trial.

WHEREFORE, Plaintiff, on behalf of himself and the Class and Subclass, prays for the following relief:

A.     Entry of an order certifying the Class and Subclass as defined above, appointing Plaintiff as class representative, and appointing Plaintiff's counsel as class counsel;

B.     An award of actual or compensatory damages in an amount to be determined at trial; and

C.     Such further and other relief the Court deems reasonable and just.

**COUNT V**
**Unjust Enrichment**
**(on behalf of Plaintiff and the other Class members,**
**in the alternative to Count IV)**

80.     Plaintiff incorporates by reference all of the allegations in paragraphs 1 – 72 as though fully set forth herein.

81.     As explained above, Defendants advertised, promoted, and sold gym memberships to Plaintiff and the other Class members in exchange for payment of membership fees.

82.     By charging members membership fees even during times when access to Defendants' facilities was completely restricted, and by failing to refund such fees, Defendants have retained a benefit to the detriment of Plaintiff and the other Class and Subclass members.

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

This benefit is measurable by the money that plaintiff and the other Class and Subclass members have paid in membership fees while Defendants' gyms and fitness centers are and remain closed.

83.     Defendants have thus been unjustly enriched, and it would be unjust to allow Defendants to retain the enrichment.

84.     Defendants' retention of this benefit violates fundamental principles of justice, equity, and good conscience.

85.     Plaintiff and the other members of the Class and Subclass are therefore entitled to restitution in the amount by which Defendants have been unjustly enriched and an order requiring Defendants to disgorge any profits or other benefit they have retained.

86.     WHEREFORE, Plaintiff, on behalf of himself and the Class and Subclass, prays for the following relief:

A.     Entry of an order certifying the Class and Subclass as defined above, appointing Plaintiff as class representative, and appointing Plaintiff's counsel as class counsel;

B.     Entry of an order requiring Defendants to disgorge all amounts by which they were unjustly enriched and to pay restitution to Plaintiff and the other members of the Class and Subclass in an amount to be determined at trial;

C.     Such further and other relief the Court deems reasonable and just.

**COUNT VI**
**Conversion**
**(on behalf of Plaintiff and the other Class members)**

87.     Plaintiff incorporates by reference all of the foregoing allegations as though fully set forth herein.

19

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

88.     Plaintiff and the members of the Class and Subclass had a right to retain their membership fees while all of Defendants' gyms were and remain closed. Defendants have intentionally charged Plaintiff's and Class and Subclass members' credit and/or debit cards in the full amount of the monthly membership fees while Defendants' gyms were closed.

89.     Plaintiff and the class and Subclass members did not consent to Defendants charging their debit and credit while Defendants' gyms are closed and thus Plaintiff and the Class and Subclass members were harmed through Defendants' charging of their credit and debit cards.

WHEREFORE, Plaintiff, on behalf of himself and the Class and Subclass, prays for the following relief:

A.     An order certifying the Class and Subclass as defined above, appointing Plaintiff as class representative, and appointing Plaintiff's counsel as class counsel;

B.     An award of actual or compensatory damages in an amount to be determined at trial; and

C.     Such further and other relief the Court deems reasonable and just.

**COUNT VII**
**Declaratory Judgment Pursuant to 735 ILCS 5/2-701 *et seq.***
**(on behalf of Plaintiff and the other Subclass members, and in the alternative to Count IV)**

90.     Plaintiff incorporates by reference all of the allegations in paragraphs 1 – 48 as though fully set forth herein.

91.     Illinois' declaratory judgment statute provides in relevant part that:

The court may, in cases of actual controversy, make binding declarations of rights, having the force of final judgments, whether or not any consequential relief is or could be claimed, including the determination, at the instance of anyone interested in the controversy, of the construction of any . . . contract or other written instrument, and a declaration of the rights of the parties interested.

735 ILCS 5/2-701(a).

92.     Section 2-701 further provides that "[d]eclarations of rights . . . may be obtained by means of a pleading seeking that relief alone, or as incident to or part of a complaint, counterclaim or other pleading seeking other relief as well . . . ."

93.     There is an actual, concrete, and present controversy between Plaintiff and the other Subclass members on the one hand and Defendants on the other regarding the enforceability of Defendants' contracts.

94.     The PFSA provides that "[a]ny contract for physical fitness services which does not comply with the applicable provisions of [the PFSA] shall be void and unenforceable," and "[a]ny waiver by the customer of the provisions of this Act shall be void and unenforceable." 815 ILCS 645/9(b), (c).

95.     As explained above, the terms of Defendants' contracts contradict the PFSA, and their conduct in unilaterally altering their agreements with Plaintiff and the other Subclass members violates the PFSA.

96.     The construction of Defendants' agreements and the determination of their validity are justiciable and are proper subjects for declaratory relief. The Court's determination of this issue will aid in the termination of the controversy between Plaintiff and Defendants.

97.     WHEREFORE, Plaintiff, on behalf of himself and the Subclass, prays for the following relief:

> A.     An order certifying the Subclass as defined above, appointing Plaintiff as class representative, and appointing Plaintiff's counsel as class counsel;

> B.     A declaration that Defendant's membership contracts with Plaintiff and the other members of the Subclass are unlawful and void, and that all monies

FILED DATE: 5/6/2020 2:17 PM    2020CH04099

FILED DATE: 5/6/2020 2:17 PM    2020CH04099

collected by Defendant pursuant to such contracts shall be disgorged and remitted.

C.     Such further and other relief the Court deems reasonable and just.

## JURY DEMAND

Plaintiff requests trial by jury of all claims that can be so tried.

Dated: May 6, 2020                JASON WILLIAMS, individually and on behalf of
                                  a class of similarly situated individuals


                                  By: /s/ Andrew Heldut
                                  One of Plaintiff's Attorneys

                                  Myles McGuire
                                  Paul T. Geske
                                  Andrew T. Heldut
                                  MCGUIRE LAW, P.C. (#56618)
                                  55 W. Wacker Dr., 9th Fl.
                                  Chicago, Illinois 60601
                                  Tel: (312) 893-7002
                                  Fax: (312) 275-7895
                                  mmcguire@mcgpc.com
                                  pgeske@mcgpc.com
                                  aheldut@mcgpc.com

                                  *Attorneys for Plaintiff and the Putative Class*

FILED DATE: 5/6/2020 2:17 PM   2020CH04099

# Exhibit A



**2719 North California Avenue Chicago, Illinois 60647 • (773) 687-9982**
**www.planetfitness.com**
**MEMBERSHIP AGREEMENT**

DATE 01/17/2018    Club # 0692 MEMBERSHIP # ▬▬▬▬    EXPIRATION ▬▬▬▬

Name Jason Williams    T-shirt Size: ▬▬    Date of Birth ▬▬

Address ▬▬▬▬    City Chicago    State IL    Zip ▬▬

HomePhone ▬▬▬▬    WorkPhone/Cell ▬▬▬▬

Email Address ▬▬▬▬    Referring Member ▬▬

Membership Type 10NR    How did you hear about us? ▬▬

Have you been a member of a gym before? ▬▬▬▬    Club Access: ___Home Club Access Only

Membership Fees:    $39.00         $10.00         $0.00         $49.00
              INITIATION    PRORATE    ANNUAL FEE PRORATE    TOTAL

- Your Monthly Membership Fee will be billed to the account below on or around the 17th beginning on 02/17/2018 for $ $10.00 per month plus applicable taxes until you cancel in accordance with this agreement.
- This membership has a _0_ month minimum term *(minimum term not to exceed 12 months)*.
- If you have a minimum monthly term, your account below will be billed for a minimum of _0_ months and will continue on a month-to-month basis at the monthly rate above until you cancel in accordance with the terms of this agreement.
- Your Monthly Membership Fee is guaranteed so long as you remain a member in good standing including payment of all monthly dues and your Annual Membership Fee.
- An Annual Membership Fee will be billed to your account below on or around the 1st beginning on 03/01/2018 for $ $39.00 plus applicable taxes and will continue to be billed on or around the anniversary of that date each year thereafter until you cancel in accordance with the terms of this agreement.
- To cancel your monthly membership and stop the billing of the Monthly Membership Fee on or around the 17th of the month, the club must receive written notification delivered to the club by the 10th of the month either in person or preferably via certified mail to the club address listed above. Please note it may take up to seven (7) business days for any membership or billing changes to take effect. In order to cancel your membership prior to the billing of the Annual Membership Fee, the club requires written notice delivered as described above no later than the 25th of the month before such billing. The Annual Membership Fee is fully earned when received and is non-refundable.
- If your monthly membership has a minimum term, and you wish to cancel your membership before the end of the term for reasons other than those listed in Section 9 of this agreement, a $58 buyout fee is required.
- If you provide us with more than one method of payment, you authorize us to charge any amounts you may owe us including, but not limited to, any membership-related obligations, retail transactions, and/or online purchases to any form of payment which you have provided us until such time as you revoke your authorization for that method of payment by written notification delivered to the club in person or preferably via certified mail to the address listed above.
- If your credit or debit card expires, you authorize us to obtain a new expiration date from the card issuer or to extend out the provided expiration date, if we choose to do so, and/or to continue billing the card in accordance with the terms of this agreement (whether or not based on a new expiration date).
- In accordance with applicable law, if our first attempt to collect any fee under this Agreement is unsuccessful, we may make additional attempts to collect from any/all payment methods you provide us, and a $10 service fee will be applied for each instance we submit or re-submit such payment request and it is returned uncollectable for any reason including, but not limited to, insufficient funds, expired or cancelled payment cards, overdrafts and closed accounts. We are not liable for any fees charged by your financial institution in the event a payment request is returned as uncollectable.
- Cancellation & Billing Policies: I have read and understand the cancellation rights and billing policies on the front and back of this agreement.
  ___e-signed_____ (Member initials)

FILED DATE: 5/6/2020 2:17 PM    2020CH04099

### PAYMENT AUTHORIZATION

| PRIMARY PAYMENT ACCOUNT | ALTERNATIVE PAYMENT ACCOUNT |
|---|---|
| NAME ON ACCOUNT: Jason Williams | NAME ON ACCOUNT: |

By initialing below and signing this agreement, I authorize PF California, LLC, d/b/a Planet Fitness® ("Planet Fitness" "us" or "we") (an independently owned and operated franchisee of Pla-Fit Franchise LLC) its assigns, affiliates and other parties authorized by Planet Fitness including, but not limited to, Pla-Fit Franchise, LLC, its parents, subsidiaries and affiliates (collectively, "PF Corporate") to initiate transfers from the Primary Payment Account designated above for the purpose of billing all or a portion of the recurring Monthly Membership Fee I owe to Planet Fitness on or around the 17th of each month and the Annual Membership Fee on or around the date indicated above and continuing daily until all of my obligations are paid under this agreement. I understand that my obligation under this agreement includes the Monthly Membership Fee, Annual Membership Fee, service fee for uncollectable monthly dues, applicable taxes, charges and any other unpaid fees or dues including past unpaid dues and fees. I also understand that the Alternative Payment Account designated above may be used by Planet Fitness to bill for any retail transactions and/or online purchases initiated by me. If at any time Planet Fitness is unable to successfully bill the Primary Payment Account for any fee or other obligation mentioned above, I further understand that Planet Fitness may re-submit the fee to the Primary Payment Account and/or bill the Alternative Payment Account for any fee or obligation (including service charges, or any portion thereof. I agree that transfers of partial payments of an overdue balance are authorized. This authorization will remain in full force and effect until all of my obligations are paid in full under this agreement. I understand that the amounts debited from my account may vary each month based on additional amounts owed to us in accordance with the terms of this agreement. I confirm that I am authorized under the terms of the applicable agreement with my financial institution to use the accounts designated above for the purchase of goods and services from Planet Fitness and agree to comply with my financial institution's requirements at all times while this authorization is in effect.

___e-signed_____
(Member Signature)

### Cosigner Authorization & Waiver

☐ Parent/Guardian: Planet Fitness does not accept members under the age of 13. In exchange for Planet Fitness allowing my minor child who is 13 years or older to purchase a membership, I agree to the Release of Liability and Assumption of Risk clauses in this agreement and I agree to defend, indemnify and hold harmless Planet Fitness and PF Corporate to the fullest extent permitted by law for any claim brought by my minor child against Planet Fitness and/or PF Corporate. I also promise to pay any financial obligation that my minor child does not pay for any reason and acknowledge that the payment information provided above is my account. I understand and agree that if my minor child is under the age of 16, he or she must be accompanied by a parent or guardian at all times while at the Club or any Planet Fitness facility.

☐ Financial Cosigner: I promise to pay any financial obligation that the member does not pay for any reason and acknowledge that the payment account information provided above correctly identify my accounts. I also agree to defend, indemnify and hold harmless Planet Fitness and PF Corporate to the fullest extent permitted by law for any claim brought against Planet Fitness and/or PF Corporate by the member.

Name:_____  Address:_____  Phone:_____  Authorized Signature e-signed

### RELEASE OF LIABILITY    INDEMNIFICATION    ASSUMPTION OF RISK    CLUB RULES    BUYER'S NOTICE & RIGHT TO CANCEL

I understand and expressly agree that my use of this Planet Fitness facility or any other Planet Fitness facility involves the risk of injury to me, my minor child or my guest whether caused by me or not. I understand that these risks are inherent in physical activity and my use of the facilities and can range from minor injuries to major injuries, including death. **In consideration of my participation in the activities and use of the facilities, exercise equipment and services offered by Planet Fitness and such use by my guests, and minor child if applicable, I understand and voluntarily accept full responsibility on behalf, my minor child's behalf and on my guest's behalf for the risk of injury or loss arising out of or related to my use, my minor child's use or my guest's use of the facilities including, without limitation, exercise equipment, tanning, massage beds/chairs, and participation in PE@PF® or other exercise programs or use of other services, equipment and/or programs offered to members. I further agree that Planet Fitness, PF Corporate, their respective affiliated companies, parents, subsidiaries and the officers, directors, shareholders, employees, managers, members, agents and independent contractors of such entities will not be liable for any injury including, without limitation, personal, bodily, or mental injury, disability, death, economic loss or any damage to me, my spouse or domestic partner, guests, unborn child, heirs, or relatives resulting from the negligent conduct or omission of Planet Fitness, PF Corporate, or anyone acting on their behalf, whether related to exercise or not. Accordingly, to the fullest extent permitted by law, I do hereby forever release, waive and discharge Planet Fitness and PF Corporate from any and all claims, demands, injuries, damages, actions or causes of action related to my use, my minor child's use or my guest's use of the facility (collectively, "Claims") against Planet Fitness, PF Corporate, or anyone acting on their behalf, and hereby agree to defend, indemnify and hold harmless Planet Fitness and PF Corporate from and against any such Claims, including Claims made by my guests and/or minor child. I further understand and acknowledge that neither Planet Fitness nor PF Corporate manufactures fitness or other equipment or products available in its facilities and therefore Planet Fitness and PF Corporate will not be liable for defective equipment or products.**

I understand I am not obligated to sign this agreement and should not do so if there are any unfilled blanks. I understand my right of cancellation and the billing and refund policies. **I understand my release of liability, assumption of risk and agreement to indemnify, defend and hold harmless and I have been given the opportunity to review and ask questions related to my use of the facilities, exercise equipment, tanning, massage beds/chairs and other equipment, as well as my participation in exercise programs or other services and/or programs offered to members.** I agree to comply with Planet Fitness' membership policies and club rules that may be communicated to me from time to time, whether in writing, electronically, through club signage or verbally. Planet Fitness may, in its sole discretion, modify any policy or club rule at any time and from time to time without advance notice. Planet Fitness reserves the right, in its sole discretion, to refund the pro-rated cost of unused services and terminate my membership immediately for violation of any membership policy or club rule. By signing below, I acknowledge and agree to all of the terms contained on the front and back of this agreement.

| e-signed | 01/17/2018 | e-signed | 01/17/2018 |
|---|---|---|---|
| Member's Signature | Date | Planet Fitness Authorized Signature | Date |

**FILED DATE: 5/6/2020 2:17 PM   2020CH04099**

### 1. Parties

Planet Fitness (as previously defined) and you agree that by signing this agreement, you are purchasing a membership or services and agree to all the terms contained in this agreement. The terms "you" and "Planet Fitness" include heirs, estates, agents, representatives, officers, directors, shareholders, managers, members, successors, affiliates, parents, subsidiaries and employees. Both parties make this agreement on behalf of, and it binds, all these included persons and entities. It is your responsibility to notify Planet Fitness of any change in your mailing address, billing information or contact information.

### 2. Representations

A) Physical Condition & No Medical Advice: You represent that you are in good physical condition and have no medical reason or impairment that might prevent you from your intended use of Planet Fitness' facilities. You acknowledge that Planet Fitness did not give you medical advice before you joined, and cannot give you medical advice after you join. We do not give members advice relating to their physical condition or ability to use the facilities, so if you have any health or medical concerns now or after you join, please discuss them with your doctor before using the facilities.

B) Liability for Property: Neither Planet Fitness nor PF Corporate (as previously defined) is liable to you or your guest for any personal property that is damaged, lost, or stolen while on or around Planet Fitness's premises including, but not limited to, a vehicle or its contents or any property left in a locker. If you or your guest cause any damage to Planet Fitness' facilities, you are liable to Planet Fitness for its cost of repair or replacement.

C) Entire Agreement & Enforcement: You acknowledge that neither Planet Fitness, nor anyone else, made any representations nor promises upon which you relied that are not stated in this agreement. This document contains the entire agreement between you and Planet Fitness and replaces any oral or other written agreement. If a court declares any part of this agreement invalid, it will not invalidate the remaining parts, which continue unaffected. If Planet Fitness does not enforce any right in this agreement for any reason, Planet Fitness does not waive its right to enforce it later. This agreement and all physical or electronic copies hereof will be deemed to be valid and authentic and you intend and agree that such copies will be given the same legal effect as the original signed agreement.

### 3. Membership

A) General: Your membership permits you to use Planet Fitness' premises, facilities, equipment and services and your dues are in exchange for such access whether you use the facilities or not. Your membership is subject to all current company policies, rules, terms, conditions and limitations including, but not limited to, PF Black Card benefit rules, transferability rules, guest privilege rules, and dress code. Your membership gives you no rights in Planet Fitness, PF Corporate, its management, ownership, property or operation. Planet Fitness may assign or transfer your membership in its sole discretion. You have no right to assign your membership or this agreement. Planet Fitness can sell memberships at different rates and terms than yours. Any special promotional membership or rate regarding privileges, usage, hours, benefits or facilities is valid only at your home club, unless otherwise provided by Planet Fitness in a signed writing. No contract for basic physical fitness services shall require payment of a total amount in excess of $2500 per year.

B) Group Fitness Instruction (PE@PF©): Planet Fitness may offer pre-scheduled group fitness instruction from time to time. The number of participants in group sessions may be limited. Group sessions will be made available either on an appointment basis or on a "first come, first served" basis. These classes are strictly informational and instructional in nature and not intended as personal training.

C) PF Black Card Reciprocal Access: If you purchase a PF Black Card Membership, there are additional rules and limitations governing reciprocal access, including the requirement to sign in at any visiting (non-home club) location. Reciprocal access is limited to 10 visits per month to a visiting location. Additional fees may apply if you exceed 10 visits to the same visiting club in a month. Each time you visit a club outside of the country in which your home club is located, an additional fee may apply.

D) PF Black Card Guest Privileges and Other Benefits: PF Black Card members may bring one guest per day for free to any Planet Fitness location. All guests must be 18 years old or at least 13 years old if accompanied by a parent/guardian and must sign a guest registry. Adult guests must present photo identification when signing in. The PF Black Card member must accompany the guest and remain on the premises during the entire visit. PF Black Card guests are not entitled to use tanning or any other PF Black Card benefit or amenity. PF Black Card members must be 18 years old to use the tanning facilities and may not use the tanning facilities more than once any a 24 hour period. Tanning may be further restricted by your state and/or local laws, ordinances and regulations. You agree to abide by all such tanning restrictions

E) Transfer of Location: If you are a monthly member, you can transfer your membership from your home club to another club provided you are current on your monthly dues and have been a member for at least ninety (90) days. Prepaid memberships are not transferable. A transfer fee may apply.

F) Membership Freeze: Your membership can be frozen for verified medical reasons only at time of illness, injury or medical condition. Your freeze will be limited to the time indicated as necessary by your physician, up to a maximum of three (3) months. Your monthly dues will be automatically reinstated at the end of your freeze and billed to the account on file with Planet Fitness unless you cancel your membership or you are approved for a longer freeze. Please note that you will still be billed for your Annual Membership Fee when it is due, even if your account is frozen.

G) Non-Discrimination: It is the policy of Planet Fitness not to discriminate against any person on the basis of race, national origin, ancestry, color, creed, religion, sex, sexual orientation, age or disability.

H) Changes to Membership Agreement: Planet Fitness may, from time to time, make changes to this agreement, other than to your guaranteed Monthly Membership Fee. Such revisions will be effective immediately, provided, however, such revisions shall, unless otherwise stated, be effective thirty (30) days after notice. Your continued use of Planet Fitness' facilities and/or services shall constitute acceptance of these changes.

I) Privacy: Planet Fitness and PF Corporate collect, use and disclose certain personal information of members in accordance with their Privacy Policies, which are available free of charge upon request. The PF Corporate Privacy Policy is available at www.PlanetFitness.com. Please review the Privacy Policy before signing this agreement as it contains important information relating to your personal information. Either may contact you from time to time by telephone, email, text message or other means with information and offers related to your membership which may be of interest to you. If you do not wish to receive such messages, you can opt out at any time.

J) Dispute Resolution: In the unlikely event that Planet Fitness and/or PF Corporate is unable to resolve a complaint you may have to your satisfaction (or is unable to resolve a dispute with you after attempting to do so informally), we each agree to resolve such disputes through binding arbitration or small claims court rather than a court of general jurisdiction. For simplicity and fairness, arbitration will be conducted on an individual basis in accordance with the American Arbitration Association's rules for consumer arbitration. By signing this agreement, you acknowledge and agree that you, Planet Fitness, and PF Corporate are each waiving the right to a trial by jury and the right to participate in a class action, either in court or in arbitration. Nothing in this clause limits Planet Fitness and/or PF Corporate from seeking preliminary injunctive relief from a court in aid of arbitration. This Dispute Resolution provision shall apply to this contract unless, within thirty (30) days of signing this contract, you notify Planet Fitness in writing that you reject this provision.

Such notification must be made in writing delivered to the club address listed on the first page. Rejection of this provision shall have no effect on the remaining provisions of this contract.

### 4. Rules & Regulations

You agree to follow Planet Fitness' membership policies and club rules. Planet Fitness may, in its sole discretion, modify the policies and any club rule without notice at any time. Club rules vary by location and all signs posted in a club or on the premises and any verbal communication from Planet Fitness shall be considered a part of the club rules. Planet Fitness reserves the right, in its sole discretion, to terminate your membership at any time, effective immediately, for violation of any membership policy or club rule.

### 5. Dress Code

Planet Fitness strives to provide a safe and comfortable environment for all members. As such, Planet Fitness management and staff may enforce, and you agree to abide by, a dress code in all areas of the club. Clothing that may be perceived as intimidating, revealing or offensive, as well as clothing that may present a safety hazard or damage equipment, is not allowed.

### 6. Account Information Notifications

Planet Fitness may contact you via telephone, email, text message or other means from time to time for the purpose of notifying you of issues related to your membership or billing information or for automatic payment processing issues. By providing us with your contact information and signing this agreement, you give your prior express written consent to receive membership and billing-related communications from us or our authorized delegate to the extent permitted by applicable law, including without limitation the Telephone Consumer Protection Act and the Fair Debt Collection Practices Act. Communications may be further restricted by your state and/or local laws, ordinances and regulations, including, but not limited to the Fair Credit Extension Uniformity Act.

### 7. Facilities & Services

A) Planet Fitness reserves the right at any time to remove, discontinue, repair or replace the equipment available to members without any effect on this agreement. Planet Fitness also reserves the right to make changes to the type or quantity of equipment, programs or services offered to members and to alter the hours of operation in Planet Fitness' sole discretion. You acknowledge and agree that the equipment, programs and services currently available at the facility are subject to change from time to time and are offered on a "first come, first served basis."

B) Planet Fitness regularly closes its facilities (or portions of its facilities) for maintenance on a temporary basis and also closes on selected holidays, etc. and such temporary closures will have no effect on this agreement so long as such temporary closures are reasonable. If your home club is permanently closed, moved or sold, Planet Fitness reserves the right to assign and transfer your membership to another club within ten (10) miles of your home club, in accordance with your rights under applicable law.

### 8. Dues, Fees, Charges & Taxes

A) Payment Authorization: You have full control over the payment authorization and can stop it at any time by notifying Planet Fitness as set forth on the front page of this agreement. You are responsible for notifying your bank or credit card company of any error that appears on your statement in a timely manner. You must notify Planet Fitness within sixty (60) days of a claimed error on your statement.

B) Charges & Taxes: Planet Fitness has the right to add to your prepaid dues or to your monthly dues any applicable tax imposed by the government as well as any utility charges or surcharges related to the facility.

### 9. Cancellation Rights Buyer's Rights

As a buyer you have the following rights:

(A) If you, because of death or disability, are unable to use or receive all services contracted for, you, or your estate as the case may be, shall be liable for only that portion of the charges allocable to the time prior to death or the onset of disability. Planet Fitness shall in such event have the right to require and verify reasonable evidence of such death or disability.

(B) You may cancel this agreement within 3 business days after the first business day after the agreement is signed by you, and all monies paid pursuant to said contract shall be refunded to you. For the purposes of this Section, business day shall mean any day on which the facility is open for business.

(C) If you are purchasing a plan at a facility which has not yet opened for business at the time the agreement is signed, or you do not purchase an agreement at an existing facility, you shall have seven calendar days in which to cancel the agreement and receive a full refund of all monies paid. Your rights to cancel described herein are in addition to any other contract rights or remedies provided by law.

(D) In the event of the relocation of your residence to farther than 25 miles from Planet Fitness's fitness center, and upon the failure of the original center to designate a center, with comparable facilities and services within 25 miles of the customer's new residence, which agrees to accept the original center's obligations under the agreement, the customer may cancel the agreement and shall be liable for only that portion of the charges allocable to the time before reasonable evidence of such relocation is presented to Planet Fitness, plus a reasonable fee which shall not exceed 10% of the unused balance, or $50, whichever is less.

(E) In the event that services at a planned physical fitness center or a center under construction are contracted for and are not available within 12 months from the date the agreement is entered into, or within 3 months of a date specified in the agreement, whichever is earlier, the agreement may be cancelled at your option, and all payments refunded within 30 days of receipt by Planet Fitness of the cancellation notice.

(F) Notice of cancellation pursuant to subsections (A), (B), (C) (D) or (E) of this Section shall be made in writing and delivered by certified or registered mail to the center at the address specified in the contract. All refunds to which you or your estate are entitled shall be made within 30 days of receipt by Planet Fitness of the cancellation notice.

### 10. Limitation of Liability and Waiver of Jury Trial

Unless controlling legal authority requires otherwise, any award by an arbitrator or a court is limited to actual compensatory damages. Specifically, neither an arbitrator nor a court can award either party any indirect, special, incidental, consequential or punitive damages, even if one party told the other party that they might suffer these damages. **To the extent permitted by applicable law and acknowledging that the consequences of said waiver are fully understood, the parties agree to waive their right to a trial by jury in any court action.**

### 11. Interpretation

**If any provision of this Agreement shall to any extent be invalid or unenforceable, the remainder of this Agreement shall not be affected thereby, and each provision of this Agreement shall be valid and be enforced to the fullest extent permitted by law.**

FILED DATE: 5/6/2020 2:17 PM   2020CH04099



# PLANET FITNESS:

# RULES OF THE CLUB

1. Unlike most traditional gyms, Planet Fitness does **NOT** cater towards bodybuilders or powerlifters, but instead focuses on general fitness. Most members are first time gym users! There is no dropping of the weights, screaming, grunting or uncontrolled heavy lifting allowed. Planet Fitness strives to provide a comfortable, non-intimidating atmosphere for **EVERYONE** in what we call the **Judgment Free Zone!!!**

2. Jeans, boots, dress shoes or sandals are not permitted on the workout floor, only workout pants/ shorts and sneakers. **Men**: No A-cut shirts or ribbed tank tops are permitted. **Women**: Tank tops are allowed as long as they are deemed tasteful in the sole discretion of management.

3. Members are required to have a picture on file for safety and security reasons.

4. Cell phone use is not permitted on the gym floor or on the equipment. We ask you to use your cell phone up front in the main lobby area only.

5. Please wipe down machines after use!

6. No gallon jugs or outside equipment is allowed. This includes, but is not limited to, jump ropes, resistance bands, push-up handles, etc.

7. Members must re-rack weights after each use.

8. No outside trainers or personal trainers are allowed. Anyone conducting personal training inside the facility will be subject to ejection and/or membership termination.

9. Food is not permitted on the gym floor.

10. Members are responsible for securing their belongings. Planet Fitness is not responsible for members lost, misplaced or stolen items.

11. Lockers are for daily use only. All locks left on after hours will be **REMOVED**. Planet Fitness is not responsible for locker contents.

12. No photography or filming is permitted within the gym at any time. Picture taking will result in immediate termination of membership.

13. Intimidating, threatening and lewd behavior is not permitted.

14. Planet Fitness reserves the right to add or amend these policies without notice.

15. No gym bags or personal bags are allowed on the gym floor at any time.

16. The 30 Minute Circuit is for those using the full circuit. If you are not participating in the circuit, please use the other equipment.

17. Planet Fitness does not offer day care services and **children under the age of 13 are not permitted in the club**. Those under the age of 16 must be accompanied by a parent or guardian at all times.

18. All members and guests must abide by the Rules of the Club. Members are responsible for the behavior of their guests. Violations of the rules by a guest may result in termination of the member's membership.

19. White Card members from a visiting location must pay a $5 visitation fee.

20. Firearms are not permitted in the facility under any circumstance.

**Failure to follow Planet Fitness Club Rules will result in Membership Cancellation**

Name: _e-signed_____   Date: _____